CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for BILLY JOE FURLOW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:25-cr-00009-JAM |
|---|---|
| Plaintiff, | **FIRST STIPULATION AND ORDER CONTINUING DISPOSITIONAL HEARING** |
| vs. | |
| BILLY JOE FURLOW, | DATE:  June 16, 2026 |
| Defendant. | TIME:   9:30 a.m. |
| | JUDGE:  Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Kimberly Sokolich, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Billy Joe Furlow, that this matter currently scheduled for a dispositional hearing on June 16, 2026, at 9:30 a.m., be vacated and continued to this court's criminal calendar on August 25, 2026, at 9:30 a.m.  Defense counsel requires additional time to confer with Mr. Furlow and to secure mitigating information for the Court's consideration.  The parties have confirmed availability with US Probation.

//
//
//
//
//

06/10/26

DATED:    June 10, 2026    /S/    Kimberly Sokolich

ERIC GRANT
by KIMBERLY SOKOLICH
Attorney for Plaintiff

DATED:    June 10, 2026    /S/    Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Billy Joe Furlow

**ORDER**

IT IS SO ORDERED, that the dispositional hearing (final revocation hearing) currently scheduled for June 16, 2026, in the above-entitled matter be **VACATED** and **RESET** for **August 25, 2026, at 9:00 a.m.**, before Senior District Judge John A. Mendez.

Dated: June 10, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

06/10/26