CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for BILLY JOE FURLOW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILLY JOE FURLOW,<br><br>Defendant. | Case No.: 2:25-cr-00009-JAM<br><br>**SECOND STIPULATION AND ORDER CONTINUING DISPOSITIONAL HEARING**<br><br>DATE: August 25, 2026<br>TIME: 9:00 a.m.<br>JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Kimberly Sokolich, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Billy Joe Furlow, that this matter currently scheduled for a dispositional hearing on August 25, 2026, at 9:30 a.m., be vacated and continued to this court's criminal calendar on November 17, 2026, at 9:30 a.m. for dispositional hearing. The defense requires additional time to secure mitigating information for the Court's consideration. The parties have confirmed availability with US Probation.

//

//

//

//

//

DATED: August 19, 2026 /S/ Kimberly Sokolich

ERIC GRANT
by KIMBERLY SOKOLICH
Attorney for Plaintiff

DATED: August 19, 2026 /S/ Clemente M. Jiménez

CLEMENTE M. JIMÉNEZ
Attorney for Billy Joe Furlow

**ORDER**

IT IS SO ORDERED, that the dispositional hearing (final revocation hearing) currently scheduled for August 25, 2026, in the above-entitled matter be **VACATED** and **RESET** for **November 17, 2026, at 9:00 a.m**., before Senior District Judge John A. Mendez.

Dated: August 20, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE